1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LUIS VEGA,

11              Plaintiff,                    No. 2:11-cv-3271 KJN P

12        vs.

13   MATTHEW CATE, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding without counsel or "pro se", has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his

19   prison trust account statement for the six month period immediately preceding the filing of the

20   complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to

21   submit a certified copy of his prison trust account statement.

22              In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23   submit, within thirty days from the date of this order, a certified copy of his prison trust account

24   statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

25   ////

26   ////

1  failure to comply with this order may result in a recommendation that this action be dismissed

2  without prejudice.

3  DATED:  December 21, 2011

4

5                                                    _____
                                                     KENDALL J. NEWMAN
6                                                    UNITED STATES MAGISTRATE JUDGE

7  vega3271.3c.new

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2