IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

      Plaintiff,                    No. 2:11-cv-3271 GEB KJN P

    vs.

MATTHEW CATE, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel.  On May 29, 2012, plaintiff's complaint was dismissed, and plaintiff was granted thirty days in which to file an amended complaint.  (Dkt. No. 12.)  On June 21, 2012, plaintiff filed the Notice of Amendment form, along with 44 pages of exhibits.  However, no amended complaint was filed.  In order to proceed, plaintiff must file an amended complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and this court's May 29, 2012 order.  Therefore, plaintiff will be provided the opportunity to file an amended complaint.  Plaintiff may request that the court append the exhibits filed June 21, 2012, to any subsequently-filed amended complaint.  Plaintiff is cautioned that failure to file an amended complaint may result in the dismissal of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of service of this order to file an

amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice, as well as this court's May 29, 2012 order; the amended complaint must bear the docket number assigned this case; plaintiff must file an original and one copy of the amended complaint. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

DATED: July 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vega3271.noc