IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

        Plaintiff,                     No. 2:11-cv-3271 GEB KJN P

    vs.

MATTHEW CATE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On April 1, 2013, plaintiff filed an amended complaint. This civil rights action was closed on March 11, 2013. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 8, 2013

                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

vega3271.58